UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASHUA ANK BEY EL,

                Plaintiff,

-against-

MELISSA FERRAIOLA, et al.,

                Defendants.

19-CV-7632 (CM)

BAR ORDER UNDER
28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff filed this action *pro se*. On October 1, 2019, the Court dismissed Plaintiff's qui tam claims for lack of standing and his remaining claims as frivolous. The Court also ordered Plaintiff to show cause why he should not be barred from filing any further actions in this Court concerning property located at 393 Montauk Avenue, in Brooklyn, New York (the "Brooklyn propery") and the related foreclosure proceedings without obtaining permission from this Court to file his complaint. Plaintiff filed an affirmation on October 25, 2019, but his arguments against imposing the bar order are insufficient.

## CONCLUSION

The Court bars Plaintiff from filing any further actions in this Court concerning the Brooklyn property and the related foreclosure proceedings without obtaining permission from this Court to file his complaint. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this Court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the Court will dismiss the action for failure to comply with this order.

The Clerk is directed to close this action.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 2, 2019
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge